IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: Catrina Harris

|  |  |  |
|---|---|---|
|  | ) | 15 B 15219 |
|  | ) |  |
| Debtor(s) | ) | **Judge A. Benjamin Goldgar** |

*AMENDED NOTICE OF MOTION*

To:
Catrina Harris, 1019 Victoria Ave., North Chicago, IL  60064

Geraci Law LLC, 55 E Monroe #3400, Chicago, IL  60603

Please take notice that on July 17, 2020 at 10:00 a.m., I will appear before the Honorable Judge A. Benjamin Goldgar or any other Bankruptcy Judge who may preside in his place and stead, and present the attached motion to dismiss.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.
You can set up an account at www.court-solutions.com or by calling Court Solutions at (917) 746-7476.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

I certify that this office caused a copy of this notice and the attached motion to be delivered to the above listed debtor and creditor(s) by depositing it in the U.S. Mail and to debtor's attorney electronically via the court's CM/ECF System on June 29, 2020.

/s/ Glenn Stearns
Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532   (630) 981-3888

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:  Catrina J Harris ) | Case no. 15-15219 |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Judge:  A. Benjamin Goldgar |
| ) | |

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on April 29, 2015.

2. The debtor plan was confirmed on July 10, 2015.

3. The debtor current plan payment is $195.00.

4. The last payment received from the debtor was March 09, 2018.

5. The accrued default under the plan is $360.00, which is the audited balance remaining on the plan as of the preparation of this motion.

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

Respectfully Submitted;

/s/  Glenn Stearns
For:  Glenn Stearns, Trustee